

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Superseded by*
*act 29d V.C.S.*

Honorable S. J. Isaacs, Vice-Chairman
Committee on Judiciary and Uniform State Laws
House of Representatives
Austin, Texas

Dear Sir:

Opinion No. O-3326
Re: Interpretation of Article
6243o, Vernon's Annotated
Civil Statutes.

This will be in reference to your letter of March
22, 1941, requesting the opinion of this department upon
the following, quoting your letter:

"Some cities, at least one, have been oper-
ating under Article 6243b 'Firemen's and Police-
men's Pension Fund in Cities of Over 100,000
Population', the Article limiting its terms to
'cities and towns containing more than 100,000
inhabitants and less than 185,000 inhabitants,
according to the last preceding Federal census.'

"The last Federal census has given at least
one city operating its pension fund under said
Article less than 100,000 inhabitants.

"Article 6243o 'Validating Elections for
Pensions in Cities of Over 100,000 Inhabitants'
provide that where a majority of the resident
tax payers of cities in excess of 10,000 in-
habitants have voted in favor of expending funds
by such cities or towns, that all acts and pro-
ceedings being done in connection therewith are
legalized, approved and validated and that no
further election shall be necessary for the ex-
penditure of public funds.

"The question on which the Committee de-
sires your opinion is whether or not Article
6243o validates the acts of a city of over

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

100,000 population and less than 185,000 population that has been acting under Article 6243b, but has now, according to the last Federal census, a population of less than 100,000 inhabitants. And can such a city legally continue its operation of firemen's and policemen's pension fund under Article 6243c."

As we understand it your problem is this: Some cities having less than 100,000 population according to the 1940 Federal Census had more than 100,000 according to the 1930 Federal Census and were maintaining a pension fund for firemen, policemen, etc., under the provisions of Article 6243b, of Vernon's Annotated Civil Statutes, which by its terms applies to "all incorporated cities and towns containing more than one hundred thousand (100,000) inhabitants and less than one hundred eighty-five thousand (185,000) inhabitants, according to the last preceding Federal Census." You desire to know whether or not Article 6243c, of Vernon's Annotated Civil Statutes, validates the acts of such cities now having less than the requisite 100,000 minimum population.

A brief review of the history of city firemen-policemen pension fund legislation will be helpful.

In 1919 the Thirty-sixth Legislature (Acts 1919, 36th Legislature, Chapter 10, p. 10) enacted a city firemen-policemen pension act which by its terms applied to cities having a population of over 10,000 inhabitants according to the United States Census of 1910. Section 10 required that an election be held resulting in a favorable majority vote before any public funds could be paid out under the provisions of the Act. This enactment was codified in 1925 as Articles 6229-6243, inclusive, of the Revised Civil Statutes. In codifying Article 6229 the Legislature made the provisions of the Act applicable to all cities having a population in excess of 10,000 inhabitants "according to the preceding Federal Census." Section 16 became Article 6242 providing:

"No funds shall be paid out of the public treasury of such incorporated city or town, in carrying out any of the provisions of this law,

Honorable S. J. Isaacs, Vice-Chairman, Page 3

except on a majority vote of the voters of such
city or town."

In 1933 the Regular Session of the Forty-third
Legislature amended Articles 6229-6243, inclusive, of the
Revised Civil Statutes, to provide a pension fund for all
municipal employees. However, the Act was made applicable
only to those cities and towns having a population of
280,000 or more inhabitants according to the last preced-
ing Federal Census.

The First Called Session of the Forty-third Legis-
lature then enacted into law House Bills Nos. 30 and 31.
The former provided for fireman-policemen pensions in cities
having not less than 240,000 and not more than 275,000 popula-
tion. The latter was almost identical legislation for cities
containing more than 100,000 and less than 185,000 population.
House Bill No. 30 (Acts 1933, 43rd Leg., 1st C.S. Ch. 4) be-
came Article 6243a, Vernon's Annotated Civil Statutes. House
Bill No. 31 (Acts 1933, 43rd Leg., 1st C. S., Ch. 101) be-
came Article 6243b, of Vernon's Annotated Civil Statutes.

The First Called Session of the Forty-third Legis-
lature also enacted House Bill No. 108 (Acts 1933, 43rd Leg.,
1st C. S., Ch. 30, p. 89). This became Article 6243c of
Vernon's Annotated Civil Statutes which reads as follows:

"Sec. 1. That where a majority of the resi-
dent taxpayers being qualified electors of any
city or town in this State having a population
in excess of ten thousand (10,000) inhabitants,
having voted at an election held in such city or
town in favor of the expending of public funds
by such city or town in carrying out the provi-
sions of Chapter 10, General Laws of the 36th
Legislature, Regular Session, such election and
all acts and proceedings had and done in connec-
tion therewith by the governing body of such
city or town are hereby legalized, approved and
validated and it is hereby declared that no further
election shall be necessary for the expenditure of
public funds to carry out the provisions of H.B.
No. 30 and H. B. No. 31, of the First Called
Session of the 43rd Legislature, but any election

held under the provisions of Chapter 10, General Acts of the 36th Legislature, Regular Session, shall be and is hereby deemed to be sufficient to carry out the provisions of House Bill 30 and House Bill 31, of the First Called Session of the 43rd Legislature.

"Sec. 2. Any other elections held in conformity with the provisions of Chapter 10, General Laws of the 36th Legislature, Regular Session, and adopting the provisions of said chapter are hereby legalized, approved and validated. Any funds now on hand and belonging to the Firemen and Policemen Fund shall remain a part of said fund and all warrants and vouchers heretofore issued are hereby legalized, approved and validated.

"Sec. 3. All pensions heretofore paid by any city under the terms of Chapter 10, General Laws of the Thirty-sixth Legislature, Regular Session, including all pensions paid subsequent to the enactment of Senate Bill 139, Chapter 94, Acts of the 43rd Legislature, Regular Session, making said Act applicable only to certain cities and up to November 1, 1933, are hereby in all things expressly validated and legalized, and all persons to whom such pensions have been paid shall hereafter be deemed to be proper pensioners under the terms of H. B. No. 30 and H. B.31, Acts of the First Called Session of the 43rd Legislature.

"Sec. 4. All pensioners added to the pension rolls as pensioners under the terms of Chapter 10, General Laws of the Thirty-sixth Legislature, Regular Session, but subsequent to the enactment of Senate Bill No. 159, Chapter 94, Acts of the 43rd Legislature, Regular Session, making said Act applicable only to certain cities, shall hereafter be deemed proper and legal pensioners on the rolls of all cities wherein a pension system has been established under the terms of H. B. No. 30, and H. B. 31, Acts of the First Called Session of the 43rd Legislature.

Honorable S. J. Isaacs, Vice-Chairman, Page 5

"Sec. 5. All cities included in the population brackets of H. B. No. 30 and H. B. 31, Acts of the First Called Session of the 43rd Legislature, shall hereafter from the effective date of this Act be deemed to have a pension system without the necessity of any election or any action on the part of the City Council, and such City Council or Governing Board shall immediately provide adequate funds for the payment of pensions under the terms of H. B. No. 30 and H. B. 31 and the terms of this Act."

House Bill No. 30 (Article 6243a) and House Bill No. 31 (Article 6243b) alike required an election and a favorable majority vote by the qualified voters of the city before any public funds might be expended under the provisions of those Acts. House Bill No. 108 (Article 6243c) was designed to relieve this situation by providing that an election previously held under Chapter 10, General Laws, Thirty-sixth Legislature (Articles 6229, et seq., prior to amendment in 1933) would be sufficient for Articles 6243a and 6243b to become in all things effective in those cities falling within the prescribed population brackets without the necessity of a new election. Moreover, the acts of all cities within the population brackets of Articles 6243a and 6243b were validated for the period elapsing between the Acts of the Regular Session of the Forty-third Legislature of 1933 making the pension law applicable only to cities of more than 280,000 inhabitants and the Acts of the First Called Session of the Forty-third Legislature providing for a firemen-policemen fund for cities in the population brackets set forth in Articles 6243a and 6243b of Vernon's Annotated Civil Statutes.

Article 6243a, H. B. No. 30, Acts 1933, First Called Session, Forty-third Legislature, Ch. 4, was amended by Senate Bill No. 19 of the Forty-seventh Legislature and its provisions are now applicable to cities containing more than 293,000 and less than 375,000 inhabitants.

This, briefly, was the purpose of Article 6243c of Vernon's Annotated Civil Statutes. It is readily apparent that its provisions have no application to the situation described in your letter. It does not serve as a firemen-policemen pension act for cities having less than 100,000 population according to the 1940 Federal Census.

Consequently, it is the opinion of this department and you are advised that Article 6243b of Vernon's Annotated Civil Statutes, does not apply to cities containing less than 100,000 inhabitants according to the 1940 Federal Census, although such cities contained more than 100,000 population and were within the Act under the 1930 Federal Census.

You are further advised that Article 6243c of Vernon's Annotated Civil Statutes serves only to validate the acts of cities now falling within the population brackets set forth in Articles 6243a and 6243b of Vernon's Annotated Civil Statutes which previously maintained a firemen-policemen pension system under the provisions of Articles 6229, et seq., of the Revised Civil Statutes, prior to their amendment in 1933.

This opinion is not to be construed as passing upon the constitutionality of any of these acts of legislation.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _James D. Smullen_
James D. Smullen
Assistant

JDS:LM

APPROVED APR 10, 1941

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWT?
CHAIRMAN